ACCEPTED
15-25-00041-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 6:56 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00041-CV**

*In the Fifteenth Court of Appeals*
*Austin, Texas*

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 6:56:47 PM
CHRISTOPHER A. PRINE
Clerk

## APPRAISAL REVIEW BOARD OF THE HARRIS COUNTY APPRAISAL DISTRICT,
*Appellant,*

v.

## TEXAS WORKFORCE COMMISSION and REDONA HALL,
*Appellees.*

On Appeal from the 270th District Court
Harris County, Texas

### APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appellant, Appraisal Review Board of the Harris County Appraisal District ("ARB"),[1] request this Court for a thirty (30) day extension of time in which to file its Appellant's Brief. In support of this motion, Appellant would show the Court as follows:

---

[1] In 2023, Harris County Appraisal District changed its name to Harris Central Appraisal District. References to either name refer to the same entity. Plaintiff ARB is the appraisal review board, a quasi-judicial body established by Chapter 6 of the Texas Tax Code, of the Harris County Appraisal District.

1. The current due date for Appellants' Brief is June 30, 2025.

2. Appellant ARB requests a 30-day extension of time to file its brief, until and including July 30, 2025.

3. This is Appellant's first request for an extension of time to file their brief.

4. Counsel for Appellant has had other pressing deadlines that necessitate this extension, including multiple Court ordered depositions in the 284th District Court of Montgomery County, Cause No. 24-01-01147; *Stephen Brown v. City of Conroe*; and briefing in the Fifteenth Court of Appeals, No. 15-25-00070-CV; *City of Huntsville v. Lucio Castilleja and Laura Castilleja.*

5. In addition, Counsel has a pre-planned family vacation from July 7 -13, 2025.

6. Appellees are unopposed to this requested extension.

\* \* \* \* \*

Accordingly, Appellant Appraisal Review Board of the Harris County Appraisal District respectfully requests an additional thirty (30) days, until and including July 30, 2025, to file their appellant's brief. Appellant

also requests any other and further relief the Court deems just under the circumstances.

Respectfully submitted,

VIADA & STRAYER

By: /s/ **RAMÓN G. VIADA III**
     Ramón G. Viada III
     State Bar No. 20559350
     rayviada@viadastrayer.com
     17 Swallow Tail Court
     The Woodlands, Texas 77381
     281-419-6338

COUNSEL FOR APPELLANT
CITY OF HUNTSVILLE

## CERTIFICATE OF SERVICE

I certify that all counsel of record have been served a true and correct copy of this Brief by electronic submission for filing and service through the Texas Online EFiling for Courts on June 23, 2025.

/s/ **RAMÓN G. VIADA III**
Ramón G. Viada III

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Holloway on behalf of Ramon Viada
Bar No. 20559350
jholloway@viadastrayer.com
Envelope ID: 102328677
Filing Code Description: Motion
Filing Description: Appellant's Unopposed Motion for Extension of Time to File Brief
Status as of 6/24/2025 7:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Holloway | | jholloway@viadastrayer.com | 6/23/2025 6:56:47 PM | SENT |
| Ramon G.Viada | | rayviada@viadastrayer.com | 6/23/2025 6:56:47 PM | SENT |
| Valerie Locher | | vlocher@viadastrayer.com | 6/23/2025 6:56:47 PM | SENT |
| William Cohen | 24082839 | Will.Cohen@oag.texas.gov | 6/23/2025 6:56:47 PM | SENT |